UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:12-cr-00207 |
| ) | |
| v. ) | Honorable Janet T. Neff |
| ) | |
| DENNIS JAMES FORSBERG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on December 12, 2012, after receiving the written consent of defendant and all counsel. At the hearing, defendant Dennis James Forsberg entered a plea of guilty to Counts 1, 7 and 12 of the Indictment in exchange for the undertakings made by the government in the written plea agreement. In Counts 1, 7 and 12 of the Indictment, defendant is charged with conspiracy to manufacture 100 or more marijuana plants in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B)(vii); manufacture of 100 or more marijuana plants within 1000 feet of a school in violation of 21 U.S.C. §§ 860, 846, 841(a)(1) and 841(b)(1)(B)(vii); and manufacture of 100 or more marijuana plants in violation of 846, 841(a)(1) and 841(b)(1)(B)(vii). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agree-

ment; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Counts 1, 7 and 12 of the Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date: December 13, 2012         /s/ Ellen S. Carmody
                                ELLEN S. CARMODY
                                United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than14 days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).